[No. 62519-5-I.   Division One.   August 16, 2010.]

STACEY J. DEFOOR, *Respondent*, v. TERRY MARK DEFOOR, *Appellant*.

TERRY DEFOOR ET AL., *Appellants*, v. STACEY J. DEFOOR, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 06-2-32531-1, Laura C. Inveen, J., entered September 19, 2008. *Reversed in part* and *remanded* by unpublished opinion per Lau, J., concurred in by Dwyer, C.J., and Appelwick, J.

[No. 62903-4-I.   Division One.   August 16, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN PATRICK HEESE, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 08-1-01215-2, Richard J. Thorpe, J., entered December 30, 2008. *Reversed* by unpublished per curiam opinion.

[No. 63261-2-I.   Division One.   August 16, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. MARLOW TODD EGGUM, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 05-1-01094-3, Steven J. Mura, J., entered December 10, 2008. *Dismissed* by unpublished per curiam opinion.

[No. 63267-1-I.   Division One.   August 16, 2010.]

DANJEL ENTERPRISES, LLC, *Respondent*, v. RUDOLPH I. VALDEZ ET AL., *Defendants*, FIDELITY NATIONAL TITLE COMPANY OF WASHINGTON, INC., *Petitioner*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 08-2-02453-7, Eric Z. Lucas, J., entered March 3, 2009. *Reversed* by unpublished opinion per Appelwick, J., concurred in by Cox and Ellington, JJ.